B6 Summary (Official Form 6 - Summary) (12/07)

*Amended*

# United States Bankruptcy Court
## Middle District of Florida

In re: Joel Garcia Diaz & Aichel Pozo Carriles

Debtor

Case No. _____

Chapter  13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 61,000.00 | | |
| B – Personal Property | YES | 3 | $ 14,029.02 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 121,935.99 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 13 | | $ 27,046.81 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,962.31 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 2,694.01 |
| TOTAL | | 25 | $ 75,029.02 | $ 148,982.80 | |

# United States Bankruptcy Court
## Middle District of Florida

In re  Joel Garcia Diaz & Aichel Pozo Carriles                Case No. _____
               Debtor

                                                              Chapter    13

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,962.31 |
| Average Expenses (from Schedule J, Line 18) | $ 2,694.01 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 3,735.73 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 49,585.99 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 27,046.81 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 76,632.80 |

B6F (Official Form 6F) (12/07)

In re    Joel Garcia Diaz & Aichel Pozo Carriles                                    Case No. _____
                                    Debtor                                                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. UM24 13514475 <br> Ameripath Fort Myers <br> POB 404938 <br> Atlanta, GA 30384 | | | | | | | 78.88 |
| ACCOUNT NO. 1003809474 <br> AOL <br> POB 30623 <br> Tampa, FL 33630 | | | | | | | 47.96 |
| ACCOUNT NO. 186015992 <br> BAC HOME LOANS SERVICI <br> 450 AMERICAN ST <br> SIMI VALLEY, CA 93065 | | H | FHA REAL ESTATE LOAN | | | | Notice Only |
| ACCOUNT NO. 870548873 <br> BAC HOME LOANS SERVICI <br> 450 AMERICAN ST <br> SIMI VALLEY, CA 93065 | | H | FORECLOSURE, COLLATERAL SOLD CONVENTIONAL REAL ESTATE LOAN PREVIOUS STATUS 08 | | | | 0.00 |

_12_ continuation sheets attached

Subtotal ▶ $ 126.84

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Amended* (stamp)

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Joel Garcia Diaz & Aichel Pozo Carriles           ,         Case No. _____
                          Debtor                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1333303627073<br>BANK OF AMERICA<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410 | | H | CLOSED<br>SECOND MORTGAGE | | | | 0.00 |
| ACCOUNT NO. 4800114998319886<br>BANK OF AMERICA<br>PO BOX 1598<br>NORFOLK, VA 23501 | | H | CHARGED OFF ACCOUNT<br>ACCOUNT CLOSED BY CREDIT GRANTOR<br>CREDIT CARD<br>BAD DEBT; PLACED FOR COLLECTION; SKIP<br>CHARGE OFF AMOUNT IS 2795 | | | | 2,795.00 |
| ACCOUNT NO. 4888940072773563<br>BANK OF AMERICA<br>PO BOX 17054<br>WILMINGTON, DE 19850 | | H | ACCOUNT CLOSED BY CREDIT GRANTOR<br>CREDIT CARD | | | | 0.00 |
| ACCOUNT NO. 8091<br>Bank of America<br>POB 15019<br>Wilmington, DE 19886 | | | | | | | 0.00 |
| ACCOUNT NO. 68218011544099<br>Bank of America<br>POB 21846<br>Greensboro, NC 27420 | | | | | | | Notice Only |

Sheet no. 1 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   2,795.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)


B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Joel Garcia Diaz & Aichel Pozo Carriles      ,      Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4800114998319886<br>Bank of America c/o<br>Associated Recovery Systems<br>POB 469046<br>Escondido, CA  92046 | | | | | | | Notice Only |
| ACCOUNT NO. 9886<br>Bank of America c/o<br>Financial Recovery Services, Inc.<br>POB 385908<br>Minneapolis, MN  55438 | | | | | | | Notice Only |
| ACCOUNT NO. 09-CA-067083<br>Bank of America c/o<br>Law Offices of David J.Stern, P.A<br>900 South Pine Island Rd Ste 400<br>Plantation, FL  33324 | | | | | | | Notice Only |
| ACCOUNT NO. 68218011544099<br>Bank of America c/o<br>NCO Financial Systems, Inc<br>507 Prudential Rd<br>Horsham, PA  19044 | | | | | | | Notice Only |
| ACCOUNT NO. 4800114998319886<br>Bank of America c/o<br>NCO Financial Systems, Inc<br>507 Prudential RD<br>Horsham, PA  19044 | | | | | | | Notice Only |

Sheet no. 2   of 12   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Joel Garcia Diaz & Aichel Pozo Carriles         ,         Case No. _____
            Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4104130022932158<br>CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | H | ACCOUNT CLOSED BY CONSUMER CREDIT CARD | | | | 0.00 |
| ACCOUNT NO. 4185870704427975<br>CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | H | ACCOUNT CLOSED BY CONSUMER CREDIT CARD<br>PAID | | | | 0.00 |
| ACCOUNT NO. 4185870704427975<br>CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | | | | | | 1,061.00 |
| ACCOUNT NO. 4185870704427975<br>Chase Bank- WaMu c/o<br>Haster Law Office, PA<br>6640 Shady Oak Rd Ste 340<br>Eden Prairie, MN 55344 | | | | | | | Notice Only |
| ACCOUNT NO. 0305360<br>Children's Gastroenterology of SW FL<br>9800 S Healthpark Dr Ste 145<br>Fort Myers, FL 33908 | | | | | | | 309.62 |

Sheet no. 3 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 1,370.62

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

AMENDED

In re   Joel Garcia Diaz & Aichel Pozo Carriles           ,           Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6011644429983660<br>CHLD/CBSD<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | | H | ACCOUNT CLOSED BY CREDIT GRANTOR<br>CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. 6032590360392517<br>CITI CBSD<br>PO BOX 22066<br>TEMPE, AZ 85285 | | H | CLOSED<br>CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. 6035320193594569<br>Citibank c/o<br>Monarch Recovery Mngmnt<br>10965 Decatur Rd<br>Philadelphia, PA 19114 | | | | | | | 2,737.19 |
| ACCOUNT NO. 4569<br>Citibank/ The Home Depot c/o<br>Encore, Inc.<br>POB 1880<br>Southgate, MI 48195 | | | | | | | 2,737.19 |
| ACCOUNT NO. 011749483<br>Client Services, Inc.<br>3451 Harry Truman Blvd<br>St. Charles, MO 63301 | | | | | | | 1,294.23 |

Sheet no. 4 of 12 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 6,768.61

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Joel Garcia Diaz & Aichel Pozo Carriles  ,    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 572653781<br>CREDIT FIRST N A<br>6275 EASTLAND RD<br>BROOK PARK, OH 44142 | | H | ACCOUNT DELINQUENT 150 DAYS PAST DUE DATE<br>OPEN ACCOUNT<br>REVOLVING CHARGE ACCOUNT | | | | 288.00 |
| ACCOUNT NO. 16-10-3380-3-8<br>FGUA<br>1229 Homestead Rd N<br>Lehigh Acres, FL 33936 | | | | | | | 360.38 |
| ACCOUNT NO. 865335608<br>FIFTH THIRD BANK<br>FIFTH THIRD CENTER<br>CINCINNATI, OH 45263 | | H | HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT<br>ACCOUNT/PAID SATISFACTORILY<br>THIS IS AN ACCOUNT IN GOOD STANDING<br>PAID ACCOUNT/ZERO BALANCE<br>AUTO LOAN | | | | 0.00 |
| ACCOUNT NO. 6045870848572442<br>GEMB/DILLARDS<br>PO BOX 981400<br>EL PASO, TX 79998 | | H | CLOSED<br>CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. 6008895308653095<br>GEMB/JCP<br>PO BOX 984100<br>EL PASO, TX 79998 | | H | CLOSED<br>CHARGE ACCOUNT | | | | 0.00 |

Sheet no. _5_ of _12_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 648.38

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

**Amended**

In re Joel Garcia Diaz & Aichel Pozo Carriles , Case No. _____
                            Debtor                                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6008895308664415<br>GEMB/JCP<br>PO BOX 984100<br>EL PASO, TX 79998 | | W | CREDIT CARD LOST OR STOLEN<br>CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. 6008895309315991<br>GEMB/JCP<br>PO BOX 984100<br>EL PASO, TX 79998 | | W | CLOSED<br>CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. 4569<br>Home Depot<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | | | | | | | 2,154.58 |
| ACCOUNT NO. 4387<br>HSBC Bank Nevada c/o<br>First Source Advantage, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228 | | | | | | | Notice Only |
| ACCOUNT NO. 169601-0133954387<br>HSBC/BSBUY<br>PO BOX 15519<br>WILMINGTON, DE 19850 | | H | ACCOUNT DELINQUENT 180 DAYS PAST DUE DATE<br>CLOSED ACCOUNT<br>ACCOUNT PREVIOUSLY IN DISPUTE - NOW RESOLVED<br>- REPORTED BY SUBSCRIBER<br>REVOLVING CHARGE ACCOUNT | | | | 2,450.00 |

Sheet no. 6 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   4,604.58

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*AMENDED*

In re  Joel Garcia Diaz & Aichel Pozo Carriles , Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>IRS<br>Insolvency<br>400 West Bay St. Stop 5720<br>Jacksonville, FL 32202-4410 | | | | | | | Notice Only |
| ACCOUNT NO.<br>IRS<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | | | | | | | Notice Only |
| ACCOUNT NO. 22077088<br>Lee Memorial Hospital<br>POB 150107<br>Cape Coral, FL 33915 | | | | | | | 306.77 |
| ACCOUNT NO. EHL62266846<br>LeeLand ER SVCS<br>POB 8697<br>Philadelphia,PA 19101 | | | | | | | 354.00 |
| ACCOUNT NO. 8536613117<br>MCM<br>Dept 12421<br>PO Box 603<br>Oaks, PA 19456 | | | | | | | Notice Only |

Sheet no. 7 of 12 continuation sheets attached　　　　　　　　　　　　　　　　Subtotal ▶　$　660.77
to Schedule of Creditors Holding Unsecured
Nonpriority Claims　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*AMENDED*

In re  Joel Garcia Diaz & Aichel Pozo Carriles ,   Case No. _____
           Debtor                                                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 455231<br>Medical Anesthesia & Pain MG<br>POB 1180<br>Fort Myers, FL 33902 | | | | | | | 85.26 |
| ACCOUNT NO. 7037704<br>MIRAMEDRG<br>991 OAK CREEK DR<br>LOMBARD, IL 60148 | | H | PLACED FOR COLLECTION | | | | 57.00 |
| ACCOUNT NO. 19025319<br>NCO FIN/33<br>PO BOX 13584<br>PHILADELPHIA, PA 19101 | | H | HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT ACCOUNT SERIOUSLY PAST DUE DATE/ACCOUNT ASSIGNED TO ATTORNEY, COLLECTION AGENCY, OR CREDIT GRANTOR'S INTERNAL COLLECTION DEPARTMENT<br>COLLECTION DEPARTMENT/AGENCY/ATTORNEY | | | | 50.00 |
| ACCOUNT NO. 99358383<br>NCSPlus Incorporated<br>117 E 24th St., 5th FL<br>New York, NY 10010 | | | | | | | Notice Only |
| ACCOUNT NO. 102494769650001<br>NISSAN MOTOR ACCEPTANC<br>PO BOX 660360<br>DALLAS, TX 75266 | | H | CLOSED<br>AUTO LOAN | | | | 0.00 |

Sheet no. 8 of 12 continuation sheets attached     Subtotal ➤  $  192.26
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                  Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

**AMENDED**

In re  Joel Garcia Diaz & Aichel Pozo Carriles            ,          Case No. _____
             Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 99126977<br>NTL CRDT SYS<br>117 E 24TH ST- 5TH FL<br>NEW YORK, NY 10010 | | W | UNPAID | | | | 53.00 |
| ACCOUNT NO. 940709<br>PROFESSIONAL ADJMNT CO<br>14410 METROPOLIS AVE<br>FORT MYERS, FL 33912 | | H | HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT ACCOUNT SERIOUSLY PAST DUE DATE/ACCOUNT ASSIGNED TO ATTORNEY, COLLECTION AGENCY, OR CREDIT GRANTOR'S INTERNAL COLLECTION DEPARTMENT<br>COLLECTION DEPARTMENT/AGENCY/ATTORNEY | | | | 56.00 |
| ACCOUNT NO.<br>R. Alexander Acosta<br>US Atty, M.D. of FL<br>99 NE 4th St.<br>Miami, FL  33132 | | | | | | | Notice Only |
| ACCOUNT NO. JW6763<br>Radiology Regional Center c/o<br>First Federal Credit Control, Inc.<br>24700 Chagrin Blvd. Ste 205<br>Cleveland, OH  44122-5662 | | W | | | | | 21.13 |
| ACCOUNT NO. 1730998-LH<br>Radiology Regional Center PA<br>POB 6946<br>Fort Myers, FL 33911 | | | | | | | 21.13 |

Sheet no. 9 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  151.26
Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*AMENDED*

In re  Joel Garcia Diaz & Aichel Pozo Carriles  ,  Case No. _____
         Debtor                                                                                           (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5121075031369023  SEARS/CBSD  PO BOX 6189  SIOUX FALLS, SD 57117 | | H | CHARGED OFF ACCOUNT  CREDIT CARD  BAD DEBT; PLACED FOR COLLECTION; SKIP CHARGE OFF AMOUNT IS 1294 | | | | 1,294.00 |
| ACCOUNT NO. 444746  SECNTLMORTG  5300 SOUTH 360 WES SUITE 150  SALT LAKE CITY, UT 84123 | | H | PURCHASED BY ANOTHER LENDER  FHA REAL ESTATE LOAN | | | | 0.00 |
| ACCOUNT NO.  Special Assist. U.S Atty  Assoc. Area Counsel, A. Lee Bentley, II  400 N Tampa St. Ste. 3200  Tampa, FL 33602 | | | | | | | Notice Only |
| ACCOUNT NO. 439164820  SUNCOAST SCHOOLS FCU  PO BOX 11904  TAMPA, FL 33680 | | H | AUTO LOAN | | | | Notice Only |
| ACCOUNT NO. 4608190020956410  SUNCOAST SCHOOLS MC/VI  PO BOX 11904  TAMPA, FL 33680 | | H | THIS IS AN ACCOUNT IN GOOD STANDING  OPEN ACCOUNT  CREDIT CARD | | | | 4,108.00 |

Sheet no. 10 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 5,402.00

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re __Joel Garcia Diaz & Aichel Pozo Carriles__,   Case No. _____
       Debtor                                              (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6035320193594569 THD/CBSD PO BOX 6497 SIOUX FALLS, SD 57117 | | H | CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. The Honorable Eric Holder Atty General of the U.S. 950 Pennsylvania Ave NW #4400 Washington, DC 20530-0001 | | | | | | | Notice Only |
| ACCOUNT NO. 572653781 Tire Plus Total Car Care POB 81410 Cleveland, OH 44181 | | | | | | | 288.65 |
| ACCOUNT NO. 572653781 Tires Plus c/o Credit First POB 81410 Cleveland, OH 44181 | | | | | | | Notice Only |
| ACCOUNT NO. 4185870704427975 Washington Mutual c/o Riexinger & Assoc, LLC POB 956188 Duluth, GA 30095 | | | | | | | 4,037.84 |

Sheet no. 11 of 12 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 4,326.49

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

AMENDED

In re  Joel Garcia Diaz & Aichel Pozo Carriles          ,     Case No. _____
        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4071100020045658<br>WFF CARDS<br>3201 N 4TH AVE<br>SIOUX FALLS, SD 57104 | | H | ACCOUNT CLOSED BY CREDIT GRANTOR<br>CREDIT CARD | | | | 0.00 |
| ACCOUNT NO. 5774421080247035<br>WFFNATBANK<br>PO BOX 94498<br>LAS VEGAS, NV 89193 | | H | ACCOUNT CLOSED BY CREDIT GRANTOR<br>CHARGE ACCOUNT | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 12 of 12 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 0.00

Total ► $ 27,046.81

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6 (Official Form 6 - Declaration) (12/07)

In re  Joel Garcia Diaz & Aichel Pozo Carriles            Case No. _____
            Debtor                                              (If known)

**AMENDED**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __2__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  11/22/10                                Signature: _____
                                                              Debtor

Date  11/22/10                                Signature: _____
                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,           Social Security No.
of Bankruptcy Petition Preparer                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____        _____
Signature of Bankruptcy Petition Preparer                                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                          Signature: _____

                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.